UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Nos. 21CR1374-H |
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF |
| DALE ANTHONY STEPHENS (1), | ) DISMISSAL |
| Defendant. | ) |

Upon the oral motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above-entitled case against defendant Dale Anthony Stephens. The defendant is hereby discharged as to this case.

IT IS SO ORDERED AND ADJUDGED.

IT IS SO ORDERED.
Dated: March 6, 2023

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE